UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

v.                                        Case No:  6:16-cv-339-Orl-41DAB

**HUMBERTO COLLAZO, SR.  and ANA R. RIVERA,**

      **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on the United States' Motion for Default Judgment Against Humberto Collazo, Sr. ("Motion," Doc. 23). United States Magistrate Judge David A. Baker has submitted a Report and Recommendation (Doc. 26), recommending that the Motion be granted, with a final judgment being entered upon resolution of the remaining claims.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the analysis set forth in the Report and Recommendation. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 26) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The United States' Motion for Default Judgment Against Humberto Collazo, Sr. (Doc. 23) is **GRANTED**.

3. Entry of a final judgment against Defendant Humberto Collazo, Sr., in the amount of $2,727,214.54, plus statutory interest pursuant to 26 U.S.C. §§ 6621, 6622,

accruing from April 15, 2016 until paid, will be deferred until all claims in this matter have been resolved.

**DONE** and **ORDERED** in Orlando, Florida on October 26, 2016.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record